**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | | |
|---|---|---|
| CARL WHITEHEAD, | : | No. 13 WM 2017 |
| Petitioner | : | |
| v. | : | |
| COURT OF COMMON PLEAS OF ALLEGHENY COUNTY, | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 31st day of March, 2017, the Application for Leave to File Original Process is **GRANTED**, and the Petition for Writ of Mandamus is **DENIED**.